terms, with leave to plaintiff to renew his motion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

August Heckscher, Appellant, v. William Edenborn, Respondent.— Judgment and order affirmed, with costs, on the authority of *Heckscher* v. *Edenborn* (131 App. Div. 253). Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of Supplementary Proceedings. Morris Rosenfield and Others, Respondents, v. Morris Kohn, Appellant. (Appeal No. 1.) — Order of the County Court of Kings county affirmed by default, with ten dollars costs and disbursements. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

In the Matter of Supplementary Proceedings. Morris Rosenfield and Others, Respondents, v. Morris Kohn, Appellant. (Appeal No. 2.) — Order of the County Court of Kings county affirmed by default, with ten dollars costs and disbursements. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

In the Matter of Proceedings Supplementary to Execution. Frederick B. Suydam, as Executor, etc., of William Suydam, Deceased, Appellant, v. Thomas B. Penton, Jr., Respondent, Impleaded with Alfred J. Eno and Louis F. Werner. The National City Bank of New Rochelle and George F. Flandreaux, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Grace W. Mitchell, Respondent, v. William J. O'Gorman, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Burr, JJ., concurred; Thomas, J., dissented upon the ground that plaintiff's counsel persisted in asking questions known to him to be improper, and thereby making suggestions that were prejudicial to the defendant.

The People of the State of New York, Respondent, v. Gerardo Necera, Appellant.— Judgment of conviction of the County Court of Kings county reversed and new trial ordered, on the ground that we deem the evidence of corroboration insufficient. Woodward, Jenks, Burr and Thomas, JJ., concurred; Rich, J., dissented.

Nathan Spiegler and George Biales, Copartners, etc., Appellants, v. William M. Young, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

William B. Anderson, as Ancillary Administrator, etc., of Mary Elizabeth Purkess, Deceased, Respondent, v. Dorothy F. Duggan and Others, Appellants. —Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

William B. Anderson, as Ancillary Administrator, etc., of Mary Elizabeth Purkess, Deceased, Respondent, v. John C. Fry and William H. Fry, as Executors, etc., of John C. Fry, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Bessie Blicksilber, Appellant, v. Alfred Freeman, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

William J. Braffett, Respondent, v. The Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment of the Municipal Court